Jerry MAY, Plaintiff-Appellant,

v.

LEASE SERVICE, INC., et al.,
Defendants,

Dino Star, Inc., Defendant-
Appellee.

No. 73-2644

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 16, 1973.

Steven K. Faulkner, Jr., New Orleans, La., for plaintiff-appellant.

William D. Hunter, Morgan City, La., for D. Berry and others.

Mat M. Gray, III, New Orleans, La., for Dino Star, Inc., and others.

John R. Peters, Jr., New Orleans, La., for Lease Service and others.

James H. Daigle, New Orleans, La., for Mobil Oil.

Frank A. Courtenay, Jr., New Orleans, La., for Newsor.

Bert M. Cass, Jr., Christopher Tompkins, New Orleans, La., for Amer. Motors.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

Affirmed for the reasons stated by the district court. See May v. Lease Service, Inc., E.D.La.1973, 365 F.Supp. 1202.

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.